# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| | ) |
| | ) Case No. 1:05CR00030 |
| v. | ) |
| | ) **FINAL ORDER** |
| **DEBBIE MARIE SINGLETON**, | ) |
| | ) By: James P. Jones |
| Defendant. | ) Chief United States District Judge |

For the reasons set forth in the Opinion accompanying this Order, it is

**ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255 is hereby **DENIED** with respect to all claims. The government's Motion to Dismiss is **GRANTED**.

ENTER: June 11, 2009

/s/ JAMES P. JONES
Chief United States District Judge